IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Pamela Margaret Lewis, Individually and As
Personal Representative of the Estate of Steve
Edward Lewis, Deceased, and Keith
Whitehead and John Joseph Wroblewski as
Co-Personal Representatives of the Estate of
Philip Charles Gray, Deceased

                Plaintiffs

vs.

LYCOMING a/k/a, d/b/a and/or f/k/a
Lycoming Engines, Textron Systems
Corporation, Textron, Inc., Textron, Avco
Corporation, Textron Lycoming, Textron
Lycoming Reciprocating Engine Division
and/or Avco Lycoming; AVCO Corporation
a/k/a, d/b/a and/or f/k/a Textron, Inc., Textron
Systems Corporation, Textron Lycoming
Reciprocating Engine Division, Avco
Lycoming, Lycoming Engines and/or
Lycoming; TEXTRON, Inc. a/k/a, d/b/a and/or
f/k/a Textron, Textron Systems Corporation,
Avco Corporation, Textron Lycoming, Textron
Lycoming Reciprocating Engine Division,
Avco Lycoming, Lycoming Engines and/or
Lycoming; TEXTRON SYSTEMS
CORPORATION a/k/a, d/b/a and/or f/k/a
Textron, Inc., Textron, Avco Corporation,
Textron Lycoming, Textron Lycoming
Reciprocating Engine Division, Avco
Lycoming, Lycoming Engines and/or
Lycoming; PRECISION AIRMOTIVE LLC;
PRECISION AIRMOTIVE CORPORATION;
SCHWEIZER AIRCRAFT CORPORATION;
SCHWEIZER HOLDINGS, INC.;
SIKORSKY AIRCRAFT CORPORATION;
and UNITED TECHNOLOGIES
CORPORATION, and CHAMPION
AEROSPACE LLC,

                Defendants

CIVIL ACTION NO. 2:11-CV-6475-HB

RULE 7.1 CORPORATE
DISCLOSURE STATEMENT

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Champion Aerospace LLC, by and through their undersigned counsel, respectfully submits this Corporate Disclosure Statement:

Champion Aerospace LLC is a separately organized limited liability company which is a 100% wholly owned subsidiary of TransDigm Inc., which is a 100% wholly owned subsidiary of TransDigm Group Incorporated, a publicly held corporation.

Dated: October 26, 2011

Ralph V. Pagano (RP-7138)
FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO AUBERT, LLP
Tower 49
Twelve East 49th Street
31st Floor
New York, NY  10017
212-937-4000

Attorneys for Champion Aerospace LLC

## CERTIFICATE OF SERVICE

I, Ralph V. Pagano, hereby certify that a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement for Defendant, Champion Aerospace LLC has been served, by first class mail, postage prepaid, upon the following on October 26, 2011:

Richard E. Genter
Law Offices of Richard E. Genter
610 Old York Road, Suite 200
Jenkintown, PA 19046

Daniel O. Rose
Kreindler & Kreindler LLP
750 Third Avenue, 32nd Floor
New York, New York 10017

James C. Stroud
Rawle & Henderson LLP
1339 Chestnut Street
The Widener Building, 16th Floor
Philadelphia, PA 19107

William J. Conroy
Campbell Campbell Edwards & Conroy
690 Lee Road, Suite 300
Wayne, PA 19087

James E. Robinson
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

FITZPATRICK & HUNT, TUCKER, COLLIER
PAGANO, AUBERT, LLP

By: /s/ Ralph V. Pagano

Ralph V. Pagano (RP-7138)
*Attorney for Defendants*
*Champion Aerospace LLC*