```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAMELA LEWIS, et al.            :       CIVIL ACTION
                                :
          v.                    :
                                :
LYCOMING, et al.                :       NO. 11-6475
```

ORDER

AND NOW, this 9th day of May, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiffs Pamela Lewis, individually and as personal representative of the estate of Steven Edward Lewis, deceased, and Keith Whitehead and John Wroblewski as co-personal representatives of the estate of Philip Charles Gray, deceased, to collaterally estop AVCO Corporation from relitigating the determination of Pennsylvania as its principal place of business (Doc. #55) is DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                     J.