```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAMELA LEWIS, et al.            :      CIVIL ACTION
                                :
        v.                      :
                                :
LYCOMING, et al.                :      NO. 11-6475
```

                              ORDER

AND NOW, this 27th day of June, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiffs Pamela Lewis, individually and as personal representative of the estate of Steven Edward Lewis, deceased, and Keith Whitehead and John Wroblewski as co-personal representatives of the estate of Philip Charles Gray, deceased, to remand this action to the Pennsylvania Court of Common Pleas, Philadelphia County is DENIED.

                                       BY THE COURT:


                                       /s/ Harvey Bartle III
                                                           J.