```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAMELA LEWIS, et al.              :    CIVIL ACTION
                                  :
        v.                        :
                                  :
LYCOMING, et al.                  :    NO. 11-6475
```

ORDER

AND NOW, this 10th day of January, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the joint motion of defendants Avco Corporation, Lycoming Engines, Textron Systems Corporation, Textron, Inc., Precision Airmotive LLC, Precision Airmotive Corporation, Schweizer Aircraft Corporation, Schweizer Holdings, Inc., Sikorsky Aircraft Corporation, United Technologies Corporation, and Champion Aerospace LLC to dismiss this action on the ground of forum non conveniens (Doc. #93) is DENIED as to all defendants except Precision Airmotive LLC and Precision Airmotive Corporation; and

(2)  the motion of defendants Precision Airmotive LLC and Precision Airmotive Corporation to dismiss this action on the ground of forum non conveniens (Doc. #93) is held in abeyance based on the automatic stay.  See 11 U.S.C. § 362(a).

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                              J.