```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAMELA LEWIS, et al.            :        CIVIL ACTION
                                :
          v.                    :
                                :
LYCOMING, et al.                :        NO. 11-6475
```

ORDER

AND NOW, this 1st day of May, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of the plaintiffs for voluntary dismissal of Precision Airmotive Corporation and Precision Airmotive LLC (Doc. #137) is GRANTED; and

(2) plaintiffs' claims against Precision Airmotive Corporation and Precision Airmotive LLC are DISMISSED with prejudice.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.