IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAMELA LEWIS, *et al.*        :
                              :
            Plaintiffs   :
                              :   CIVIL ACTION NO. 11-06475
v.                            :
                              :
CHAMPION AEROSPACE LLC, *et al.*  :
                              :
            Defendants   :

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and AGREED by and between the parties, through undersigned counsel, that Defendant, CHAMPION AEROSPACE, LLC ("Champion"), is hereby dismissed with prejudice.

Dated: New York, New York
       June 10, 2013

RICHARD E. GENTER, ESQUIRE          WILSON, ELSER, MOSKOWITZ,
                                                               EDELMAN & DICKER LLP

BY: _____          BY: _____
    Richard E. Genter, Esquire                   Jonathan Dryer, Esquire
    Daniel O. Rose, Esquire                      Gary A. Gardner, Esquire
    Evan Katin-Borland, Esquire               *Attorneys for Defendant*
    *Attorneys for Plaintiffs*                       *Champion Aerospace, LLC*
    *Pamela Lewis Individually*
    *and as Personal Representative*
    *of the Estate of Steve Edward*
    *Lewis, Deceased, Keith Whitehead,*
    *John Joseph Wroblewski as Co-Personal*
    *Representatives of the Estate of*
    *Philip Charles Gray, Deceased*

| | |
|---|---|
| GORDON & REES, LLP | FITZPATRICK HUNT TUCKER<br>COLLIER PAGANO AUBERT LLP |
| BY: *(signature)*<br>Catherine B. Slavin, Esquire<br>James E. Robinson, Esquire<br>Sara Anderson Frey, Esquire<br>*Attorneys for Defendants*<br>*Avco Corporation, on behalf of*<br>*Its Lycoming Engines Division,*<br>*Textron Inc., and Textron*<br>*Systems Corporation* | BY: *(signature) James C. Stroud /JD*<br>James C. Stroud, Esquire<br>Garrett J. Fitzpatrick, Esquire<br>Tara E. Nicola, Esquire<br>*Attorneys for Defendants*<br>*Schweizer Aircraft Corporation,*<br>*Schweizer Holdings, Inc.,*<br>*Sikorsky Aircraft Corporation,*<br>*and United Technologies*<br>*Corporation* |

5578752v.1