IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAMELA LEWIS, et al.  :  CIVIL ACTION
 :
     v.  :
 :
LYCOMING, et al.  :  NO. 11-6475

ORDER

AND NOW, this 17th day of July, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the motion of defendants Schweizer Aircraft Corporation, Schweizer Holdings, Inc., Sikorsky Aircraft Corporation, and United Technologies Corporation for judgment on the pleadings (incorrectly denominated a motion to dismiss) (Doc. #156) is DENIED.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                                  J.