IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAMELA LEWIS, *et al.*

               Plaintiffs,

v.

SCHWEIZER HOLDINGS, INC.,
SIKORSKY AIRCRAFT CORP.,
UNITED TECHNOLOGIES CORP., *et al.*,

               Defendants.

Civil Action No. 11-06475

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among the parties that, pursuant to Federal Rule of Civil Procedure 41(a), all claims asserted against Defendants TEXTRON INC., TEXTRON SYSTEMS CORPORATION, SCHWEIZER HOLDINGS, INC., SIKORSKY AIRCRAFT CORPORATION, AND UNITED TECHNOLOGIES CORPORATION in the above captioned matter, are hereby voluntarily dismissed with prejudice. The dismissal is without costs against any party.

Dated: March 12, 2014

Daniel O. Rose, Esq.
Evan Katin-Borland, Esq.
Richard E. Genter, Esq.
*Attorneys for Plaintiffs Pamela
Lewis Individually and as Personal
Representative of the Estate of
Steven Edward Lewis, Deceased,
Keith Whitehead, John Joseph
Wroblewski as Co-Personal
Representatives of the Estate of
Philip Charles Gray, Deceased*

Garrett J. Fitzpatrick, Esq.
Tara E. Nicola, Esq.
James C. Stroud, Esq.
*Attorneys for Defendants
Schweizer Aircraft Corp.,
Schweizer Holdings, Inc.,
Sikorsky Aircraft Corp., and
United Technologies Corp.*

1

*Catherine Slavin* (signature)

James E. Robinson, Esq.
Catherine B. Slavin, Esq.
Sara Anderson Frey, Esq.
*Attorneys for Defendants AVCO Corporation, on behalf of its Lycoming Engines Division, Textron Inc., and Textron Systems Corporation*