```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PAMELA LEWIS, et al.            :        CIVIL ACTION
                                :
        v.                      :
                                :
LYCOMING, et al.                :        NO. 11-6475
```

ORDER

AND NOW, this 22nd day of December, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of the defendant Avco Corporation on behalf of its Lycoming Engines Division for the application of English law of damages (Doc. # 209) is DENIED; and

(2)  the motion of plaintiffs Pamela Margaret Lewis, Keith Whitehead, and John Joseph Wroblewski for the application of Pennsylvania law of damages (Doc. # 213) is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.