IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAMELA LEWIS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LYCOMING, et al. | : | NO. 11-6475 |

ORDER

AND NOW, this 29th day of May, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Avco Corporation, on behalf of its Lycoming Engines Division, to preclude certain testimony of plaintiffs' expert witnesses Arthur "Lee" Coffman and Mark Seader (Doc. # 216) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                J.