IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAMELA LEWIS, et al. : CIVIL ACTION
:
v. :
:
LYCOMING, et al. : NO. 11-6475

ORDER

AND NOW, this 29th day of May, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Avco Corporation, on behalf of its Lycoming Engines Division, for summary judgment (Doc. # 210) is DENIED; and

(2) the motion of defendant Avco Corporation, on behalf of its Lycoming Engines Division, to strike untimely improper expert affidavits of Mark Seader and Arthur "Lee" Coffman (Doc. # 223) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.